Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
1801 Century Park East, Suite 2600
Los Angeles, CA 90067-2328
(310) 438-5555

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMOS CAZARES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AREAS USA LAX, LLC, a Florida limited liability company; AREAS SKYVIEW LAX JV, LLC, a Florida limited liability company; EDUARDO RIOS, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-03061 RGK(JPRx)<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO (1) VACATE ALL DATES AND (2) REMAND THE ACTION TO STATE COURT** |

# [PROPOSED] ORDER

This Court, after having considered the Joint Stipulation and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS:**

1. All deadlines, dates, and events presently on calendar are vacated;
2. The above-captioned action is hereby remanded to Los Angeles County Superior Court, without prejudice.

**IT IS SO ORDERED**.

Dated: August 16, 2019

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Submitted By:

David D. Bibiyan (SBN 287811)
Email: david@tomorrowlaw.com
Diego Aviles (SBN 315533)
Email: diego@tomorrowlaw.com
**BIBIYAN LAW GROUP, P.C.**
1801 Century Park East, Suite 2600
Los Angeles, California
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, JUAN RAMOS CAZARES, on behalf of himself and all others similarly situated

PROOF OF SERVICE